

FILED
CLERK, U.S. DISTRICT COURT
03/16/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DM___ DEPUTY

```
                UNITED STATES DISTRICT COURT

            FOR THE CENTRAL DISTRICT OF CALIFORNIA

                   October 2020 Grand Jury
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>CHAVON SAYLES,<br>  aka "Amber,"<br><br>      Defendant. | CR 2:21-cr-00126-MWF<br><br>I N D I C T M E N T<br><br>[21 U.S.C. § 846: Conspiracy to Distribute and Possess With Intent to Distribute Heroin and Fentanyl; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi): Possession With Intent to Distribute Fentanyl] |

The Grand Jury charges:

### COUNT ONE

[21 U.S.C. § 846]

A. <u>OBJECTS OF THE CONSPIRACY</u>

Beginning on a date unknown to the Grand Jury, and continuing until on or about March 27, 2019, in Los Angeles and San Bernardino Counties, within the Central District of California, and elsewhere, defendant CHAVON SAYLES, also known as "Amber," conspired with others known and unknown to the Grand Jury to knowingly and intentionally distribute and possess with intent to distribute at least one kilogram of a mixture and substance containing a detectable amount of

heroin, a Schedule I narcotic drug controlled substance, and at least 400 grams of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(i), and (b)(1)(A)(vi).

B.    MANNER AND MEANS OF THE CONSPIRACY

The objects of the conspiracy were to be accomplished, in substance, as follows:

1.    Defendant SAYLES, co-conspirator Tatijana Bell, and others known and unknown to the Grand Jury would recruit drug couriers to transport controlled substances, including heroin and fentanyl, through airports in Los Angeles and San Bernardino Counties to Ohio, North Carolina, and other destinations in the United States.

2.    Defendant SAYLES and co-conspirator Bell would drive drug couriers, including co-conspirators Keeshanai Wilcher, Machakas Horton, Dejanee Licole Cook, Robin Pittman, Brezenae Nicole Drew, Imani McFerson, and Garionna Murphy, each with a bag containing controlled substances, to various airports in Los Angeles and San Bernardino Counties.

3.    Defendant SAYLES and co-conspirator BELL would communicate with co-conspirators Pittman, McFerson, Drew, Wilcher and others known and unknown to the Grand Jury to arrange and confirm the status of their travel with the controlled substances.

4.    Co-conspirators Pittman, McFerson, Drew, Wilcher and others known and unknown to the Grand Jury would transport, or attempt to transport, bags containing controlled substances through various

airports in Los Angeles and San Bernardino Counties, to Ohio, North Carolina, and other destinations in the United States.

C.     OVERT ACTS

In furtherance of the conspiracy and to accomplish its objects, on or about the following dates, defendant SAYLES, and others known and unknown to the Grand Jury, committed various overt acts in Los Angeles and San Bernardino Counties, within the Central District of California, and elsewhere, including, but not limited to, the following:

**June 19, 2018 Attempted Distribution of Heroin**

Overt Act No. 1:     On or about June 18, 2018, defendant SAYLES sent a message via the Telegram messaging application and asked co-conspirator Pittman if she could "go on a trip tomorrow," to which co-conspirator Pittman responded "Yes I can."

Overt Act No. 2:     On or about June 18, 2018, defendant SAYLES purchased an airline ticket for co-conspirator Pittman for a flight departing Hollywood-Burbank Airport at 6:50 a.m. on June 19, 2018, with a final destination of Dayton, Ohio.

Overt Act No. 3:     On or about June 19, 2018, at approximately 3:49 a.m., co-conspirator Bell sent a message to co-conspirator Pittman via the Telegram messaging application and told co-conspirator Pittman that she was "here," to which co-conspirator Pittman responded "here I come."

Overt Act No. 4:     On or about June 19, 2018 at approximately 6:19 a.m., co-conspirator Bell sent a message to co-conspirator Pittman via the Telegram messaging application stating, "let me know when u check in."

  Overt Act No. 5: On or about June 19, 2018, defendant SAYLES sent a message to co-conspirator Pittman via the Telegram messaging application stating, "Let me know when u about to take off."

  Overt Act No. 6: On or about June 19, 2018, co-conspirator Pittman checked in a bag at Hollywood-Burbank Airport that contained approximately 2,944.5 grams of heroin intended for delivery to other co-conspirators.

**July 12, 2018 Attempted Distribution of Fentanyl**

  Overt Act No. 7: On or about July 12, 2018, defendant SAYLES purchased an airline ticket for co-conspirator McFerson.

  Overt Act No. 8: On or about July 12, 2018, defendant SAYLES picked up co-conspirator McFerson and drove her to another location, where an unknown co-conspirator placed a suitcase containing approximately 2,983.7 grams of fentanyl in the back seat of defendant SAYLES' car.

  Overt Act No. 9: On or about July 12, 2018, defendant SAYLES told co-conspirator McFerson to put her belongings in the suitcase that contained the fentanyl, and then drove co-conspirator McFerson to Long Beach Airport.

  Overt Act No. 10: On or about July 12, 2018, co-conspirator McFerson checked in a bag containing approximately 2,983.7 grams of fentanyl, intended for delivery to other co-conspirators.

**September 11, 2018 Attempted Distribution of Heroin**

  Overt Act No. 11: On or about September 10, 2018, defendant SAYLES purchased an airline ticket for co-conspirator Drew for a flight departing Ontario International Airport at 6:00 a.m. on September 11, 2018, with a final destination of Dayton, Ohio.

4

Overt Act No. 12:   On or about September 11, 2018, in text messages sent between approximately 2:11 a.m. and 2:23 a.m., co-conspirator Bell arranged to pick up co-conspirator Drew to take co-conspirator Drew to the airport.

Overt Act No. 13:   On or about September 11, 2018, co-conspirator Drew sent photographs of her boarding pass to defendant SAYLES, and defendant SAYLES made multiple phone calls to co-conspirator Drew.

Overt Act No. 14:   On or about September 11, 2018, co-conspirator Drew checked in a bag at Ontario International Airport that contained approximately 1,964 grams of heroin, intended for delivery to other co-conspirators.

**January 24, 2019 Attempted Distribution of Heroin**

Overt Act No. 15:   On or about January 23, 2019, defendant SAYLES told co-conspirator Wilcher via text message to be ready for a short trip to Portland the following day.

Overt Act No. 16:   On or about January 23, 2019, defendant SAYLES instructed co-conspirator Wilcher via text message to "Make sure you bring a lot of stuff your bag has to look so full it's going to bust," and "do not smoke in car around bag."

Overt Act No. 17:   Between on or about January 23, 2019 at 3:35 p.m. and on or about January 24, 2019 at approximately 6:26 a.m., co-conspirators Bell and Wilcher discussed and confirmed that co-conspirator Wilcher would be traveling and that co-conspirator Bell would pick up co-conspirator Wilcher on the morning of January 24, 2019 to drive her to the airport.

Overt Act No. 18:   On or about January 24, 2019, co-conspirator Bell drove co-conspirator Wilcher to Ontario International Airport.

<u>Overt Act No. 19</u>: On or about January 24, 2019, co-conspirator Wilcher checked in for a flight departing Ontario International Airport at 10:30 a.m. on January 24, 2019, with a destination of Portland, Oregon.

<u>Overt Act No. 20</u>: On or about January 24, 2019, co-conspirator Bell waited inside Ontario International Airport with co-conspirator Wilcher while co-conspirator Wilcher checked in a bag for her flight at the airline check-in counter.

<u>Overt Act No. 21</u>: On or about January 24, 2019, co-conspirator Wilcher checked in a bag at Ontario International Airport that contained approximately 1,440.8 grams of heroin, intended for delivery to other co-conspirators.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(i); 18 U.S.C. § 2(a)]

On or about July 12, 2018, in Los Angeles County, within the Central District of California, defendant CHAVON SAYLES, also known as "Amber," and Imani McFerson, each aiding and abetting the other, knowingly and intentionally possessed with intent to distribute at least 400 grams, that is, approximately 2,983.7 grams, of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance.

A TRUE BILL

/S/
Foreperson

TRACY L. WILKINSON
Acting United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Deputy Chief, General Crimes Section

JEHAN M. PERNAS
Assistant United States Attorney
International Narcotics, Money Laundering, and Racketeering Section